**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6754**

_____

GUY LANCASTER RICHMOND,

Plaintiff - Appellant,

versus

MARYLAND CORRECTIONAL INSTITUTION; PRISON
HEALTH SERVICES, INCORPORATED,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, District Judge. (CA-
96-808-WMN)

_____

Submitted:  October 17, 1996         Decided:  October 24, 1996

_____

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Guy Lancaster Richmond, Appellant Pro Se.  Joseph Barry Chazen,
Mindy S. Kursban, MEYERS, BILLINGSLEY, SHIPLEY, RODBELL & ROSEN-
BAUM, Riverdale, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Richmond v. Maryland Correctional Institution</u>, No. CA-96-808-WMN (D. Md. May 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>